COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-03-509-CR

JUAN ANTONIO POZAS APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM THE 355
TH
 
DISTRICT COURT OF HOOD COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered appellant's “Motion To Withdraw Appeal” and the pro se appellant’s letter requesting we dismiss this appeal.  The motion and letter request comply with rule 42.2(a) of the rules of appellate procedure. 
 Tex. R.
 
App
. P. 42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. 
 See id.;
 
Tex. R. App. P.
 43.2(f).

PER CURIAM

PANEL D: HOLMAN, GARDNER, and WALKER, JJ.

DO NOT PUBLISH

Tex. R. App. P. 
47.2(b)

DELIVERED: April 1, 2004

FOOTNOTES
1:
See
 
Tex. R. App. P.
 47.4.